FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 JAN 15 AM 10: 57
CLERK TRB
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ROBERT W. BARKER and COMPLETE SITEWORK SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ARCHER WESTERN CONSTRUCTION, LLC, <br><br> Defendant. | Civil Action No. 4:17-cv-241 <br><br> UNDER SEAL |

## ORDER

Upon consideration of the motion filed by the United States to unseal this *qui tam* pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), IT IS HEREBY ORDERED THAT:

1. The Relators' Amended Complaint, this Order, the Government's motion to lift seal, and the Government's Notice of Election to Decline Intervention be unsealed and served upon the Defendant by the Relator;

2. All other documents filed by the Government shall remain under seal unless further ordered by the Court;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the Government, as provided for in 31 U.S.C. § 3730(c)(3). The Government may order any deposition

transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the Government;

6. All orders of this Court shall be sent to the Government; and

7. Should the Relators or Defendant propose that this action be dismissed, settled, or otherwise discontinued – except by voluntary dismissal without prejudice by the relator, to which the Government has already consented – the Court will solicit the written consent of the Government before ruling or granting its approval.

Dated: 1-15-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA